Raymond DESCH, Plaintiff–Appellant

v.

Richard WHEATLEY, Sr., Individually and As Representative of 7701 Wurzbach Tower Council of Co–Owners, Incorporated; Kenneth Shannon, Individually, and as Representative of 7701 Wurzbach Tower Council of Co–Owners, Incorporated; 7701 Wurzbach Tower; Delores Ann Moseley, Defendants–Appellees.

No. 10–50296.

United States Court of Appeals, Fifth Circuit.

April 7, 2011.

Jeffrey D. Small, Law Offices of Jeff Small, Karen Dalglish Seal, Esq., Law Office of Karen Dalglish Seal, San Antonio, TX, for Plaintiff–Appellant.

Neil Howard Stone, Gendry & Sprague, Keith MacArthur Baker, San Antonio, TX, for Defendants–Appellees.

Before GARWOOD, GARZA and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed, essentially for the reasons stated in the January 19, 2010 Memorandum and Recommendation of the United States Magistrate Judge, accepted, pursuant to 28 U.S.C. § 636(b)(1), by the District Court in its March 18, 2010 judgment. AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

